UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    11 CR 134 (SJ)

                v.


                                                    <u>ORDER ADOPTING</u>
                                                    <u>REPORT AND</u>
                                                    <u>RECOMMENDATION</u>

AVIGDOR GUTWEIN, YUDAH
NEUMAN, MOSES NEUMAN, and
LEO FEKETE,

                        Defendants.

--------------------------------------------------X

A P P E A R A N C E S

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
By:     Charles Kleinberg
*Attorneys for the Government*

LAW OFFICE OF JACOB LAUFER
65 Broadway, Suite 1005
New York, NY 10006
By:     Jacob Laufer
*Attorney for Avigdor Gutwein*

SPEARS & IMES LLP
51 Madison Avenue
New York, NY 10010
By:     David Spears
        Michelle Skinner

*Attorneys for Yudah Neuman*

HAFETZ NECHELES & ROCCO
500 Fifth Avenue, Floor 29
New York, NY 10110
By:     Susan R. Necheles
        Joshua R.Geller
*Attorneys for Moses Neuman*

LAW OFFICES OF HARRY BATCHELDER, JR.
40 Wall Street, 28th Floor
New York, NY 10005
By:    Harry Batchelder, Jr.
*Attorney for Leo Fekete*

**JOHNSON, Senior District Judge:**

Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Steven M. Gold.  Judge Gold issued the Report on November 30, 2012, recommending that this Court deny various pretrial motions filed by defendants Avigdor Gutwein ("Gutwein"), Leo Fekete ("Fekete"), Yudah Neuman and Moses Neuman (collectively "Defendants").  Defendants Gutwein, Yudah Neuman and Moses Neuman subsequently pled guilty and are awaiting sentencing.  Defendant Fekete did not file objections to the Report.  For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion.  <u>See</u> 28

U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, Defendants filed no objections to the Report. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Gold's Report in its entirety.

SO ORDERED.

Dated: January 16, 2014          _____/s_____
          Brooklyn, NY                    Sterling Johnson, Jr., U.S.D.J.